# KNUTE ANDERSON v. BROOKS-SCANLON LUMBER COMPANY.[1]

November 29, 1912.

Nos. 17,850—(79).

**Complaint — demurrer.**
The complaint states a cause of action for the negligent failure of defendant to provide plaintiff with a safe place in which to work, and it is not demurrable. [Reporter.]

Action in the district court for Hennepin county to recover $8,289.80 for personal injuries. From an order, Dickinson, J., overruling defendant's demurrer to the complaint, it appealed. Affirmed.

*Price Wickersham,* for appellant.
*Healy, White & LaDu,* for respondent.

PER CURIAM.
The complaint in this action, though flagrantly indefinite and uncertain and open to a motion to make its allegations more specific, and in default thereof that it be stricken out, is not demurrable. By permissible inferences the complaint states a cause of action, if in no other respects, for the negligent failure of defendant to provide plaintiff with a safe place in which to do his work.

[1] Reported in 138 N. W. 1033.